UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

**Plaintiff,**

v.  Case No: 6:17-cv-35-Orl-18TBS

**VICKY BARWICK, JASMINE MORALES and Q A TAX SERVICE, INC.,**

**Defendants.**

## ORDER

This case was referred to the United States Magistrate Judge for an evidentiary hearing to establish the amount of disgorgement owed by Defendants. On January 25, 2018, following the evidentiary hearing, the United States Magistrate Judge entered a report and recommendation (Doc. 38), to which Defendants did not file timely objections.

The Court reviewed the Report and Recommendation (Doc. 38), and it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 38) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. The Clerk of Court shall **ENTER JUDGMENT** in favor of Plaintiff United States of America and against Defendants Vicky Barwick, Jasmine Morales, and Q A Tax Service, Inc., jointly and severally, in the amount of **$389,656.00**, on the United States' claim, brought under 26 U.S.C. § 7402, for the disgorgement of ill-gotten gains

Defendants Vicky Barwick, Jasmine Morales, and Q A Tax Service, Inc. received for the preparation of falsified tax returns.

3. Upon entry of judgment, the Clerk of Court shall **TERMINATE** all pending motions and **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida, this _27_ day of February, 2018.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties